**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**CASE NO.: 2:13-CV-399-FtM-29CM**

FOX HAVEN OF FOXFIRE
CONDOMINIUM IV ASSOCIATION, INC.

    Plaintiff,
vs.

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, FOX HAVEN OF FOXFIRE CONDOMINIUM IV ASSOCIATION, INC., and the Defendant, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, by and through their undersigned attorneys, and hereby jointly stipulated to the dismissal of the above-styled cause, with prejudice, as to the Defendant, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, upon the grounds that same has been amicably resolved between the parties, with each party to bear their own attorneys' fees and costs.

Respectfully submitted this 8th day of April, 2015.

| | |
|---|---|
| ___s/ Kelly L. Kubiak___ | ___s/ Antonio D. Morin___ |
| **KELLY L. KUBIAK, ESQUIRE** | **ANTONIO D. MORIN, ESQUIRE** |
| Florida Bar No.: 108952 | Florida Bar No. 0187860 |
| MERLIN LAW GROUP, P.A. | AKERMAN LLP |
| 777 S. Harbour Island Boulevard, Suite 950 | One Southeast Third Ave. 25th Floor |
| Tampa, Florida 33602 | Miami, FL 33131 |
| Telephone: (813) 229-1000 | Telephone: (305) 374-5600 |
| Facsimile: (813) 229-3692 | Facsimile: (305) 374-5095 |
| Attorneys for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April, 2015, I filed a true and correct copy of the foregoing with the Court's CM/ECF system, which will send an electronic notice of filing to: kkubiak@merlinlawgroup.com, ckubiak@merlinlawgroup.com; hulmer@merlinlawgroup.com; ssmith@merlinlawgroup.com; fbradley@merlinlawgroup.com, and snales@merlinlawgroup.com Kelly L. Kubiak, Esq., Craig Kubiak, Esq. and Shane Smith, Esq., Merlin Law Group, P.A., 777 S. Harbour Island Boulevard, Tampa, FL 33602.

                                                      s/ Antonio D. Morin
                                                      Attorney